■ FIREMEN'S ASSOCIATION OF THE STATE OF NEW YORK, Plaintiff, v. CHASE DONALDSON et al., Defendants; NANCY HALPERN, Appellant, and SUSANNAH ALLPORT, Respondent

Beldock, P. J., Ughetta, Rabin, Benjamin and Nolan, JJ., concur.